

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00007-CV

NEWPORT CLASSIC HOMES, GP,                                    APPELLANT
LLC AS A GENERAL PARTNER OF
NEWPORT CLASSIC HOMES, LP,
WESTERN RIM INVESTORS 2013-
6, LP, WESTERN RIM INVESTORS
2013-5, LP AND WESTERN RIM
INVESTORS 2014-1, LP

V.

ROGER LARA D/B/A R&J                                          APPELLEE
FRAMING SYSTEMS

------------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 017-287046-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion to Dismiss Appeal." It

is the court's opinion that the motion should be granted; therefore, we dismiss the

appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DELIVERED: March 15, 2018